IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS E. NELSON and KIRSTEN L. PEDERSON,
Individually and as next friends and guardians of
JACK A. NELSON and SYLVIA E. NELSON,

        Plaintiffs,

  v.

WILLIAM DEFOE,                            JUDGMENT IN A CIVIL CASE
In his individual and official capacities,
GREGORY B. NELSON,                   Case No. 15-cv-274-wmc
In his individual and official capacities
JAMES PATTERSON,
In his individual and official capacities
MIKE ANDERSON,
In his individual and official capacities
MICHAEL CHILDERS,
In his individual and official capacities
MIKE STARCK,
In his individual and official capacities
JAMES M. PRICE, JR.,
In his individual and official capacities
LISA POTSWALD,
In her individual and official capacities, and
TOWN OF LA POINTE, WISCONSIN,

        Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Thomas E. Nelson and Kirsten L. Pedersen, individually and as next friends and guardians of Jack A. Nelson and Sylvia E. Nelson, against defendant Town of La Pointe, Wisconsin, in the amount of $300,000.00 and further dismissing the complaint against defendants William Defoe, Gregory B. Nelson, James Patterson, Mike Anderson, Michael Childers, Mike Starck, James M. Price, Jr. and Lisa Potswald.


    _____s/ A. Wiseman, Deputy Clerk_____      _____8/29/2016_____
          Peter Oppeneer, Clerk of Court                                   Date